Bruce W. Brewer, OSB No. 92558
brucebrewerusdccases@gmail.com
419 5th Street
Oregon City, OR 97045
Phone: 503-722-8833
Fax: 503-656-8481                                    FILED'09 MAY 18 17:28USDC-ORP
Attorney for plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

**CRUCITA WHITE,**                              CIVIL CASE NO. 07-1772-BR

        Plaintiff,                          ~~PROPOSED~~ ORDER
                                                AWARDING ATTORNEY FEES
                                                PURSUANT TO THE EQUAL
                                                ACCESS TO JUSTICE ACT

vs.

**COMMISSIONER,**
of Social Security
Administration,
        Defendant.

---

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the

Equal Access to Justice Act, 28 U.S.C. §§ 2412, an attorney fee in the amount of $7,499.00 is

awarded to Plaintiff. The check shall be made payable to Plaintiff's attorney, Bruce Brewer, and

mailed to Plaintiff's attorney's office as follows: Bruce Brewer, 419 Fifth Street, Oregon City,

Oregon 97045. There are no costs or expenses to be paid herein.

    DATED this 18th day of May , 2009.

                        _____
                        United States District Judge/~~Magistrate~~

Submitted by:

Bruce W. Brewer, OSB No. 92558
503-722-8833, Attorney for Plaintiff

1 - ORDER FOR EAJA FEES